# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Gregory C. Klump , | ) |
| Debtor(s) | ) |
| | ) New Case No. 07−61331 |
| Employer's Tax Identification No(s). [if any] | ) Previous Case No. |
| Last four digits of Social Security No(s). [if any] xxx−xx−5777 | ) 01−13498−1−rel |
| | ) Chapter 13 |

## ORDER TRANSFERRING CASE WITHIN DISTRICT

In order to accommodate the appointment of a third bankruptcy judge in the Northern District of New York to sit in Syracuse, NY and due to the realignment of counties,

IT IS ORDERED that the above entitled case is hereby transferred to the Utica Division of the United States Bankruptcy Court for the Northern District of New York.

BY THE COURT

At Albany, NY  
Date: 3/6/07

HON. ROBERT E. LITTLEFIELD, JR.  
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Gregory C. Klump , <br><br>　　　　Debtor(s) <br><br><br> Employer's Tax Identification No(s). [if any] <br> Last four digits of Social Security No(s). [if any] xxx–xx–5777 | ) <br> ) <br> ) <br> ) <br> ) New Case No. 07–61331 <br> ) <br> ) <br> ) Previous Case No. <br> ) 01–13498–1–rel <br> ) <br> ) <br> ) <br> ) Chapter 13 <br> ) |

## NOTICE REGARDING TRANSFERRED CASES
## AND DEFAULT MOTIONS

You are hereby notified of your need to take additional action if you have pending default motions filed on this case.

If your case is transferred to the Utica office *before* the return date on your motion, you are required to file and serve an amended notice of default hearing.

The amended notice of default hearing must be captioned with the new case number, filed on the new case and must be returnable in Utica, NY on the next available Utica motion term designated for those counties.

All orders submitted after a case has been transferred must show the new case number in the caption and must be filed on the new case. Orders submitted with the old case number will not be acted upon.

Date: 3/6/07

RICHARD G. ZEH, SR.
Clerk of Court

By: Judy Thibault
　　518–257–1610
　　Deputy Clerk's Name and Telephone Number